UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-CV-06496-JFW (SK) | Date | November 8, 2016 |
|---|---|---|---|
| Title | Isaac Zoelee v. Debbie Asuncion | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge | |
|---|---|---|
| Marc Krause | | n/a |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE

　　　　Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging a 1996 state conviction and sentence. (ECF No. 1). Because, on the Petition's face, it appeared that Petitioner had not exhausted his state remedies, the Court issued an Order to Show Cause Re: Exhaustion, informing Petitioner of the apparent defect and allowing him to explain this matter's procedural history. (ECF No. 8). Petitioner was advised that failure to file a timely response to the OSC may result in dismissal for failure to prosecute. Petitioner requested an extension of time to file a response to the OSC, which the Court granted until October 21, 2016. (ECF Nos. 9-10.). Petitioner did not file anything until October 31, 2016, when he filed a notice of change of address informing the Court that he was in a different prison. (ECF No. 11).

　　　　Petitioner has not filed a timely response to the OSC. Thus, the Petition is subject to dismissal for lack of exhaustion and for failure to prosecute. However, because Petitioner has filed a notice of change of address, the Court in an abundance of caution will allow Petitioner another 30 days to explain the apparent lack of exhaustion. Should Petitioner desire to pursue this action, he must comply with the Court's orders.

　　　　Thus, Petitioner is hereby ORDERED TO SHOW CAUSE **on or before December 6, 2016** why the Court should not dismiss the Petition for failure to exhaust state court remedies. Petitioner may satisfy and discharge this Order to Show Cause by supplying a complete and accurate procedural history of his two federal claims. As to both claims Petitioner MUST STATE:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-06496-JFW (SK) | Date | November 8, 2016 |
| Title | Isaac Zoelee v. Debbie Asuncion | | |

    A. Whether he has raised that specific claim in the California Court of Appeal, and if so, to state the case number, date of disposition, and, if available, attach a copy of the California Court of Appeal order, opinion, or disposition; and

    B. Whether he has raised that specific claim in the California Supreme Court, and if so, to state the case number, date of disposition, and, if available, attach a copy of the California Supreme Court order, opinion, or disposition.

    Petitioner may submit this information in the form of a written memorandum or by filing a First Amended Petition on the form provided, being careful to complete the section on collateral review.

    In addition, because Petitioner's name appears as both "Zoelee Isaac" and "Isaac Zoelee" in the pleadings, Petitioner should inform the Court of his correct first and last name in his response.

    **If Petitioner does not file a timely response to this Order to Show Cause, Petitioner is advised that the Court will recommend dismissal of the Petition. In addition, Petitioner is advised that failure to file a timely response to this Order to Show Cause may result in dismissal of this action for failure to prosecute. See Fed. R. Civ. P 41(b); L.R. 41-1.**

    **If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal."** The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).